FILED
CLERK, U.S. DISTRICT COURT
10/7/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___kss___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JASON ALAN,** Individually, And On Behalf Of All Others Similarly Situated,

    Plaintiff,

v.

**SIMPLE HEALTH PLANS INC.,** Does 1-10 inclusive,

    Defendant.

Case No. 2:16-cv-03191-SVW-AGR

**ORDER**

JS-6

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated this __7th__ day of October, 2016.

_____
The Honorable Stephen V. Wilson

Order to Dismiss - 1